# IX. RELATED CASE(S) IF ANY

## ADDENDUM

| **Case Name** | **Case No.** | **Date Filed** | **Judge** |
|---|---|---|---|
| *Thomas v. McDonald's USA, LLC, et al.* | 1:26-cv-12149 | Oct. 2, 2026 | Hon. Thomas M. Durkin |
| *Rossi v. McDonald's Corp., et al.* | 1:26-cv-12651 | Oct. 15, 2026 | Hon. Thomas M. Durkin |
| *Worthington, et al. v. McDonald's USA, LLC, et al.* | 1:26-cv-13243 | Oct. 27, 2026 | Hon. Thomas M. Durkin |
| *Allaire v. McDonald's Corp., et al.* | 1:26-cv-13634 | Nov. 3, 2026 | Hon. Thomas M. Durkin |